■ BONNIE SPACE et al., Respondents, v DAVID A. MASON, Respondent, and ROBERT N. MASON, Appellant, et al., Defendants. [732 NYS2d 610] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Frazee, J. (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Summary Judgment.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

■ DEBORAH MOORE, Appellant, v ELLIOTT TUBBS, Respondent. (Appeal No. 2.) [732 NYS2d 610] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Fahey, J.—Set Aside Verdict.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

■ JAMES A. GRIFFIN, Respondent, v GLEN JENKS et al., Appellants. [732 NYS2d 609] —Judgment unanimously affirmed without costs. Memorandum: Defendants appeal from a judgment awarding plaintiff damages on his claim under Labor Law § 240 (1) following a nonjury trial. Defendants' two contentions on appeal are not preserved for our review (*see, Olchovy v L.M.V. Leasing,* 182 AD2d 745, 746). (Appeal from Judgment of Supreme Court, Chautauqua County, Gerace, J.—Negligence.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.